NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEARLAMP, LLC,**
*Appellant*

**v.**

**LKQ CORPORATION,**
*Appellee*

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2014-1627

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00020.

---

**JUDGMENT**

---

MATTHEW L. CUTLER, Harness Dickey & Pierce, PLC, St. Louis, MO, argued for appellant. Also represented by BRYAN K. WHEELOCK.

JASON ALEXANDER ENGEL, K&L Gates LLP, Chicago, IL, argued for appellee. Also represented by ALAN L. BARRY, BENJAMIN EDWARD WEED, KACY DICKE.

JOSEPH MATAL, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by SCOTT WEIDENFELLER, NATHAN K. KELLY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and DYK, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 18, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |